DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ROBERT LEE KENON, JR.,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D17-1033

[July 20, 2017]

Appeal of order denying rule 3.800 motion from the Circuit Court for the Nineteenth Judicial Circuit, Martin County; James W. McCann, Judge; L.T. Case No. 56-2007-CF001604A-A.

Robert Kenon, Jr., Perry, pro se.

No brief filed for appellee.

PER CURIAM.

*Affirmed.*

GROSS, MAY and LEVINE, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***